**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 23-cv-_____.

TREA SH TALLYN'S REACH, LLC, a Delaware limited liability company,

     Plaintiff,

v.

TALLYN'S REACH AUTHORITY,

     Defendant.

---

**NOTICE OF FILING OF NOTICE OF REMOVAL**

---

**TO:   TREA SH TALLYN'S REACH, LLC, Plaintiff**

**PLEASE TAKE NOTICE** that on September 11, 2023, Defendant Tallyn's Reach Authority filed a Notice of Removal of the above-entitled action to the United States District Court for the District of Colorado, a copy of which is attached to this Notice.

You are also advised that Tallyn's Reach Authority, upon filing such Verified Notice of Removal in the Office of the Clerk of the United States District Court for the District of Colorado, also served copies thereof with the Clerk of the District Court, Arapahoe County, State of Colorado, to effect removal pursuant to 28 U.S.C. § 1446.

Respectfully submitted,

  s/ Courtney B. Kramer
*Courtney B. Kramer*
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: (303) 320-0509
E-mail: ckramer@sgrllc.com
*Attorney for Defendant*

1

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 11th day of September, 2023, I electronically filed a true and correct copy of the above and foregoing **NOTICE OF FILING OF NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system. I further certify that a true and correct copy has been electronically served on the following:

Andrew L.W. Peters, #50194
Brad W. Schacht, #18974
Otten, Johnson, Robinson, Neff & Ragonetti, P.C.
950 Seventeenth Street, Suite 1600
Denver, CO 80202
*Attorneys for Plaintiff*

                                  *s/ Laurie O'Neill*
                                  Legal Secretary